UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

      -against-

                                ORDER

DEIVID PEREZ,
                              24 Cr. 528-2 (GBD)

             Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      The Government's request for a bail hearing is GRANTED, and is hereby scheduled for September 10, 2024 at 10:30 a.m.

Dated: New York, New York
       September 9, 2024

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge