# LAW OFFICES OF
# DANIEL A. McGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

June 18, 2025

**VIA ECF**

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 1 8 2025

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *United States v. Deivid Perez*, 24-cr-528(GBD)

Dear Judge Daniels:

I have been appointed to represent Mr. Perez pursuant to the Criminal Justice Act ("CJA") in the above-captioned matter. I respectfully request the Court schedule a change of counsel hearing for Wednesday June 25, 2025 at 10:00am. I have conferred with the Government the parties are available at this time.

This request is made at the direction of Mr. Perez as there is a breakdown in communications between us. I note that the Government has extended a plea deal that expires on June 30, 2025. I am willing and available to continue with this representation if the Court believes that a temporary appointment of new counsel for Mr. Perez to consult is appropriate.

I thank the Court in advance for its consideration of this matter.

Sincerely,

*/s/ Daniel A. McGuinness*

Daniel A. McGuinness