UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

        -against-

DEIVID PEREZ,

                      Defendant.

------------------------------------x

ORDER

24 Cr. 528-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The December 3, 2025 sentencing is adjourned to January 21, 2026 at 10:00 a.m.

Dated: New York, New York
       October 7, 2025

SO ORDERED.

GEORGE B. DANIELS
United States District Judge