# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

A ttorneys at Law
1 00 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

February 12, 2026

Hon. George B. Daniels
United States Courthouse
Southern District of New York
500 Worth Street
New York, New York 10007

Re:  United States v. Deivid Perez, Ind. #: 24 Cr. 528 (GBD)

Dear Judge Daniels:

I am CJA counsel for Deivid Perez in the referenced matter. I write to request a second postponement of the date of sentence for one week, from Tuesday, February 24 to Tuesday March 3, 2026, and an adjustment of the briefing schedule in accordance with the Court's individual rules. I am gathering letters and information from family members overseas which are important to the sentence. I am working with my client to accomplish this task as quickly as possible. The government has no objection to the instant request, by AUSA Chelsea Scism.

For these reasons, it is respectfully requested that the sentence date in this matter be extended one week to March 3, 2026, or a date thereafter convenient to the Court. (I note for the Court that if March 4 is not available, that I expect to be traveling on business beginning March 5, with first day back in the office March 12, 2026) Thank you very much for your attention.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

SO ORDERED

The sentencing scheduled for February 24, 2026 is adjourned to March 3, 2026 at 10:00 a.m.

*George B. Daniels*

FEB 17 2026.  HON. GEORGE B. DANIELS